| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Christopher J. Roberts** |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | 1:17-bk-16176 |

☐ Check if this is an amended filing

## B 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**
Anne Pierson, Esq.
1777 S Harrison St Ste 1250
Denver, CO 80210-3964

What is the nature of the claim?   **Business Expense**   $ **$1,690.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
         Value of security:   - $ _____
         Unsecured claim   $ _____

Contact
Contact phone

**2**
Best Buy
PO Box 790441
Saint Louis, MO 63179-0441

What is the nature of the claim?   **Consumer Expense**   $ **$202.50**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
         Value of security:   - $ _____
         Unsecured claim   $ _____

Contact
Contact phone

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    Roberts, Christopher J.                    Case number *(if known)*    1:17-bk-16176

| 3 | **Colorado Department Of Revenue**<br>Attn: Bankruptcy Department<br>1375 Sherman St Rm 504<br>Denver, CO 80261-3000 | What is the nature of the claim? | **Tax Liability** | $ **$3,459.00** |
|---|---|---|---|---|

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Colorado Department Of Revenue**

Contact

Contact phone

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

| 4 | **Ford Motor Credit Company**<br>PO Box 64400<br>Colorado Springs, CO<br>80962-4400 | What is the nature of the claim? | **Bank loan** | $ **$12,738.71** |
|---|---|---|---|---|

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

**(866) 466-6310**
Contact phone

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

| 5 | **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | What is the nature of the claim? | **Tax Liability** | $ **$9,144.00** |
|---|---|---|---|---|

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Internal Revenue Service**

Contact

Contact phone

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

| 6 | **Jordan Fox, Esq.**<br>**Sherman & Howard**<br>633 17th St Ste 3000<br>Denver, CO 80202-3622 | What is the nature of the claim? | **Business Expense** | $ **$2,500.00** |
|---|---|---|---|---|

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

Debtor 1  **Roberts, Christopher J.**  Case number *(if known)*  **1:17-bk-16176**

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $ _____
　　Value of security: - $ _____
　　Unsecured claim $ _____

Contact
_____
Contact phone

---

**7**  **Mercedes-Benz Financial Services**
**PO Box 685**
**Roanoke, TX 76262-0685**

**What is the nature of the claim?**  **Bank loan**  $ **$60,625.36**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) $ **$165,625.36**
　　Value of security: - $ **$105,000.00**
　　Unsecured claim $ **$60,625.36**

Contact
**(800) 654-6222**
Contact phone

---

**8**  **Mercedes-Benz Financial Services**
**PO Box 685**
**Roanoke, TX 76262-0685**

**What is the nature of the claim?**  **Bank loan**  $ **$35,823.30**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) $ **$75,823.30**
　　Value of security: - $ **$40,000.00**
　　Unsecured claim $ **$35,823.30**

Contact
**(800) 654-6222**
Contact phone

---

**9**  **Mercedes-Benz Financial Services**
**PO Box 685**
**Roanoke, TX 76262-0685**

**What is the nature of the claim?**  **Bank loan**  $ **$38,542.26**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
　　Value of security: - $ _____
　　Unsecured claim $ _____

Contact
**(800) 654-6222**
Contact phone

---

B 104 (Official Form 104)　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 3

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

Debtor 1  **Roberts, Christopher J.**    Case number *(if known)*  **1:17-bk-16176**

### 10
**Michele Theoharris**
**13813 W 68th Ave**
**Arvada, CO 80004-2038**

What is the nature of the claim?   **Business Expense**   $ **$800,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

Contact
Contact phone

### 11
**Michele Theoharris**
**13813 W 68th Ave**
**Arvada, CO 80004-2038**

What is the nature of the claim?     $ **$0.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

Contact
Contact phone

### 12
**UC Health Care**
**875 W 136th Ave**
**Broomfield, CO 80023-9303**

What is the nature of the claim?   **Medical**   $ **$2,922.28**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

Contact
**(877) 711-7470**
Contact phone

### 13
**Wells Fargo Card Services**
**PO Box 51193**
**Los Angeles, CA 90051-5493**

What is the nature of the claim?   **Consumer Expense**   $ **$1,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

Debtor 1   **Roberts, Christopher J.**                                        Case number *(if known)*   **1:17-bk-16176**

**Wells Fargo Card Services**

☐ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact

Contact phone

| 14 | **Wells Fargo Card Services**<br>PO Box 51193<br>Los Angeles, CA 90051-5493 | **What is the nature of the claim?**   **Consumer Expense**   $ **$12,000.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Wells Fargo Card Services**

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact

Contact phone

---

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X   **/s/ Christopher J. Roberts**                           X   _____
    **Christopher J. Roberts**                                    Signature of Debtor 2
    Signature of Debtor 1

Date   **July 5, 2017**                                       Date   _____

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 5

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com